**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHN SCHOPPMAN,**

    **Plaintiff,**

v.                                                     Case No.  8:11-cv-216-T-30TGW

**UNIVERSITY OF SOUTH FLORIDA**
**BOARD OF TRUSTEES,**

    **Defendant.**
_____/

**ORDER**

    THIS CAUSE comes before the Court upon Defendant's Verified Bill of Costs (Dkt. 31).  Defendant seeks costs in the amount of $4,050.81.  The Court concludes that Defendant is entitled to recover all costs contained in its Verified Bill of Costs.

    It is therefore ORDERED AND ADJUDGED that:

    1.    Defendant's Verified Bill of Costs (Dkt. 31) is **GRANTED**.

    2.    The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff **JOHN SCHOPPMAN** and in favor of Defendant **UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES** in the amount of **$4,050.81** for taxable costs.

    **DONE** and **ORDERED** in Tampa, Florida on June 19, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-216.billofcosts31.frm