UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN SCHOPPMAN,

    Plaintiff,

v.                                    Case No. 8:11-cv-216-T-30TGW

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Verified Bill of Costs (Dkt. 31). Defendant seeks costs in the amount of $4,050.81. The Court concludes that Defendant is entitled to recover all costs contained in its Verified Bill of Costs.

It is therefore ORDERED AND ADJUDGED that:

1.    Defendant's Verified Bill of Costs (Dkt. 31) is **GRANTED**.

2.    The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff **JOHN SCHOPPMAN** and in favor of Defendant **UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES** in the amount of **$4,050.81** for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida on June 19, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-216.billofcosts31.frm